Michael S. Agruss
SBN: 259567
AGRUSS LAW FIRM, LLC
4619 N. Ravenswood Ave., Suite 303A
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
STEVEN SIMPKINS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| STEVEN SIMPKINS, | ) |
| | ) |
| Plaintiff, | ) **Case No.: 2:15-cv-5746** |
| v. | ) |
| | ) |
| GC SERVICES, L.P., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, STEVEN SIMPKINS, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, GC SERVICES, L.P.

RESPECTFULLY SUBMITTED,

DATED: September 24, 2015      AGRUSS LAW FIRM, LLC

By: /s/ Michael S. Agruss
Michael S. Agruss
Attorney for Plaintiff
STEVEN SIMPKINS

1

**CERTIFICATE OF SERVICE**

On September 24, 2015, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defendant's counsel, Todd Stelter, at tstelter@hinshawlaw.com.

By:/s/<u>Michael S. Agruss</u>
Michael S. Agruss